# EXHIBIT A

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
08/27/2024 at 03:30:06 PM
By: Damaree Franklin,
Deputy Clerk

**RUEB STOLLER DANIEL, LLP**

GREGORY RUEB, Esq. SBN 154589
*greg@lawrsd.com*
BEHRAM V. PAREKH, Esq. SBN 180361
*behram.parekh@lawrsd.com*
RUEB STOLLER DANIEL, LLP
9696 Culver Blvd., Suite 301
Culver City, CA 90232
T: (866) 225-5773
F: (855) 203-2035

*Counsel for Plaintiff(s)*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)<br><br>**RANITIDINE PRODUCTS CASES** | JCCP NO. 5150   24CV089530<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE NOËL WISE<br><br>DEPARTMENT 21 |
| THIS DOCUMENT RELATES TO:<br><br>*Jay S. Lopp,*<br>*CASE NO.*<br><br>*v.*<br><br>*GlaxoSmithKline, LLC, CVS Pharmacy, Inc., and DOES 1 through 10, inclusive* | **SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Comes now Plaintiff Jay S. Lopp, and file(s) this Short Form Complaint (SFC) against the Defendants identified herein, and Does 1 through 10, inclusive, (hereinafter referred to collectively as "Defendants") for personal injuries suffered as a result of Plaintiff(s)' exposure to Zantac/ranitidine.

Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Personal Injury Master Complaint and Demand for Jury Trial* ("Master Complaint") including any and all amendments thereto approved by this Court, in Judicial Council Coordinated Proceeding No. 5150, *Ranitidine Products Cases* ("JCCP 5150"). Plaintiff(s) file(s) this SFC as required by this Court pursuant to Pretrial Order No. 12.  Accordingly, Plaintiff(s) select(s) and indicate(s) by checking where appropriate, the Parties and Causes of Action specific to this case.  Where certain claims require additional pleading or case-specific facts and information, Plaintiff(s) shall add and include them herein.

## I.     PARTIES, JURISDICTION, AND VENUE

### A. PLAINTIFF(S)

1.   Plaintiff, Jay S. Lopp ("Plaintiff"), is a resident and citizen of San Diego County, California and claims damages as set forth below.

2.   Plaintiff alleges that venue lies in San Diego County pursuant to § 395(a) of the California Code of Civil Procedure because [*check all that apply*]:

☒   The injuries alleged herein occurred in this county.

☐   At the commencement of the action, a Defendant resided in this county.

3.   Plaintiff brings this action [*check all that apply*]:

☒   On behalf of [*himself/herself*]; and/or

☐   In representative capacity as personal representative of the individual that developed cancer, [*INSERT NAME*], who is/was a citizen and resident of [*INSERT CITY AND STATE*].

4.   Plaintiff claims damages as a result of [*check all that apply*]:

☒   Injury to [*himself/herself*];

2

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

☐ Injury to the person represented;

☐ Wrongful death; and/or

☐ Survivorship.

5. Plaintiff's action is:

☐ a new case

☒ a new case previously subject to the tolling agreement of the parties, which is being filed due to the termination of the agreement.

☐ a case previously filed on [*INSERT DATE OF ORIGINAL FILING*] styled [*INSERT CASE NAME AND CASE NUMBER*] and ordered coordinated into JCCP No. 5150.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants in this action [*check all that apply*]:

☒ GLAXOSMITHKLINE, LLC
☐ PFIZER INC.
☐ BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
☐ SANOFI-AVENTIS U.S. LLC
☐ PATHEON
☐ OTHER _____
☒ The following retailers and/or distributors:

CVS Pharmacy, Inc._____

_____

## II.   PRODUCT USE

7. The individual that developed cancer used Zantac/ranitidine from approximately 01/2008 (month/year) to 12/2019 (month/year).

8. The individual that developed cancer used [*check all that apply*]:

☒ Prescription brand name Zantac tablets
☐ Over-the-counter brand name Zantac tablets
☒ Prescription generic ranitidine tablets

3

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

☐ Over-the-counter generic ranitidine tablets

☐ Other (including syrup or injection forms of Zantac/ranitidine):

_____

9.   Over his/her course of use, the individual that developed cancer used Zantac/ranitidine that was [*check all that apply*]:

☒ Prescribed by his/her medical provider

☐ Purchased over-the-counter

### III.   **INJURIES**

10.   As a result of taking Zantac/ranitidine, on or about 03/20/2019, Plaintiff was diagnosed with cancer.

11.   As a result of his/her use of Zantac/ranitidine, Plaintiff was diagnosed with the following type(s) of cancer [*check all that apply*]:

☒ BLADDER CANCER
☐ BREAST CANCER
☐ COLORECTAL CANCER
☐ ESOPHAGEAL CANCER
☐ LIVER CANCER
☐ LUNG CANCER
☐ PANCREATIC CANCER
☐ PROSTATE CANCER
☐ STOMACH CANCER
☐ OTHER CANCER: _____
☐ DEATH FROM CANCER

12.   Defendants proximately caused the injuries to Plaintiff(s) and/or the individual that developed cancer.

### IV.   **DEFENDANT-SPECIFIC ALLEGATIONS AND CAUSES OF ACTION ASSERTED**

13.   The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint and are herein adopted by reference.

☒   Count I(A) – Strict liability manufacturing defect (CACI No. 1201)

☒   Count I(B) – Strict liability design defect (CACI No. 1203) related to morphology

4

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

☒ Count I(C) – Preapproval strict liability design defect (CACI No. 1203) related to use of ascorbic acid

☒ Count I(D) – Strict liability failure to warn (CACI No. 1205)

☒ Count II(A) – Negligent failure to warn (CACI No. 1222)

☒ Count II(B)(1) – General negligence (CACI No. 1220 and 400) regarding failure to use columnar crystal morphology

☒ Count II(B)(2) – General negligence (CACI No. 1220 and 400) regarding storage and transport

☒ Count II(B)(3) – General negligence (CACI No. 1220 and 400) regarding pre-approval design conduct

☒ Count II(C)(1) – General negligence (CACI No. 1220 and 400) regarding storage and transport

☒ Count II(C)(2) – General negligence (CACI No. 1220 and 400) regarding expiration dates

☒ Count II(C)(3) – General negligence (CACI No. 1220 and 400) regarding product containers

☒ Count II(C)(4) – General negligence (CACI No. 1220, 1222 and 400) regarding failure to warn through the FDA

☐ Count III – Other _____

☐ Against all Defendants.

☐ Against only the following Defendants: _____

☐ Count IV – Other _____

☐ Against all Defendants.

☐ Against only the following Defendants: _____

5

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

If Count III or Count IV is alleged, additional facts supporting the claim(s):

_____

14.   As a result of the injuries Plaintiff(s) sustained, he/she/they is/are entitled to recover compensatory damages for past, present, and future:  pain and suffering, emotional distress, economic loss, as well as punitive damages and other damages in an amount to be proven at trial.

## V.   JURY DEMAND

15.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint for compensatory and punitive damages.

Dated: August 26, 2024                    Respectfully Submitted,

**RUEB STOLLER DANIEL, LLP**

_____
BEHRAM V. PAREKH, SBN 180361
*behram.parekh@lawrsd.com*
GREGORY RUEB, Esq. SBN 154589
*greg@lawrsd.com*
RUEB STOLLER DANIEL LLP
9696 Culver Blvd., Suite 301
Culver City, CA 90232
T: (866) 225-5773
F: (855) 203-2035

*Counsel for Plaintiff(s)*

6

SHORT FORM COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL